| | |
|---|---|
| DEFENDANT: | ROBERT DANIEL ULIBARRI, a.k.a. "Chicano," |
| AGE/YOB: | 1992 |
| COMPLAINT FILED? | _____ Yes   ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No | |
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 39:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| LOCATION OF OFFENSE: | Denver County; Denver, Colorado |
| PENALTY: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 39**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment |

**Count 40**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

AGENT:         Michael Gutke
               Special Agent, Drug Enforcement Administration

AUTHORIZED    Stephanie Podolak
BY:           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less;  __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.